

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00035-CR

Martin **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-2828
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: March 18, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal his conviction for murder. "A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id*. (citing TEX. R. APP. P. 26.2(a)(1)).

The trial court imposed sentence on March 3, 2025. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on April 2, 2025. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on April 17, 2025. TEX. R. APP. P. 26.3. Appellant did not file a motion for extension of time and appellant did not file his notice of appeal until November 18, 2025. Thus, appellant's notice of appeal is untimely.

On February 2, 2026, we ordered appellant to show cause, on or before February 17, 2026, why this appeal should not be dismissed for lack of jurisdiction. To date, we have not received a response to our show cause order. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

Do not publish.